# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: GILBERTO CASTRO NIEVES and LILIA MARIA MUNOZ VINUEZA
Case Number: 10-01579-ESL13    Chapter: 13
Date / Time / Room: 6/29/2010 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: EVANGELINA MENDEZ
Reporter / ECR:

### Matter:

Doc# 37 Motion for Relief From Stay Under 362 filed by Banco Popular de P.R.

### Appearances:

ALEJANDRO OLIVERAS RIVERA  *M. Palmer*
JOSE L JIMENEZ QUINONES ✓
WALLACE VAZQUEZ SANABRIA ✓

### Proceedings:

ORDER:

__X__ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; __X__ make current payments to movant; the instant motion is granted and the stay is hereby ~~lifted~~ *modified* in favor of movant, *up to judgment*.

____ Debtor shall provide adequate protection to movant by:
____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

__X__ Other: *Debtors are trying to sell property and there may be equity.*

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge