**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE<br><br>GILBERTO CASTRO NIEVES AND<br>LILIA M. MUÑOZ VINUEZA<br><br>Debtor | CASE NO. 10-01579 (ESL)<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

**TO THE HONORABLE COURT:**

By counsel, creditor herein very respectfully represents and prays as follows:

The undersigned attorney enters his appearance in this case on behalf of **BANCO SANTANDER PUERTO RICO** and requests that all pleadings, orders, notices and other documents filed and entered in this case or any proceedings therein be served to the undersigned.

**CERTIFICATE OF SERVICE:** This document was filed with the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF filing system, which will send a copy of this document to all registered parties including: **Alejandro Oliveras Rivera, Esq., Standing Chapter 13 Trustee, U.S. Trustee Office, José L. Jiménez Quiñones, Esq.,** Counsel for Debtors. A copy of this document was also sent by First Class Mail to: **Mr. Gilberto Castro Nieves and Mrs. Lilia M. Muñoz Vinueza,** Debtors, PO Box 79724, Carolina, Puerto Rico 00984.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico on this 7th day of July, 2010.

**LUIS M. SUAREZ LOZADA**
**LAW OFFICES**
Counsel for Banco Santander Puerto Rico
P.O. Box 192333
San Juan, Puerto Rico 00919-2333
Phone:(787)763-0818
Facsimile:(787)782-3070
e-mail: suarez@caribe.net
**/S/Luis M. Suárez Lozada**
USDC-PR 209712