IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>GILBERTO CASTRO NIEVES<br>LILIA M. MUNOZ VINUEZA<br><br>Debtors | CASE NO. 10-01579 (ESL)<br><br>CHAPTER 13 |
| BANCO POPULAR DE PUERTO RICO<br><br>Movant<br><br>VS.<br><br>GILBERTO CASTRO NIEVES<br>LILIA M. MUNOZ VINUEZA<br><br>Debtors | |

**REPLY TO MOTION REQUESTING THAT STAY BE LIFTED
FILED BY BANCO POPULAR DE PUERTO RICO**

**TO THE HONORABLE COURT:**

COMES NOW Debtors, represented by the undersigned attorney, and represents as follows:

1. Debtors have no opposition to the request for the lift of the automatic stay requested by secured creditor Banco Popular de Puerto Rico over the property located at Montemar Apartments, Apt. No. 432, Bldg. No. 1531, Ponce, Puerto Rico.

2. Debtors' intent with respect of such property has been to lift the stay through the proposed plan, from its inception.

**WHEREFORE** debtors pray from this Honorable Court to take note of the above mentioned and provide accordingly.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and

CASE NO. 10-01579 (ESL)

belief, of such filing to: Wallace Vázquez Sanabria, Esq., Attorney for Movant, and Alejandro Oliveras Rivera, Chapter 13 Trustee.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, July 13, 2010.

*s/José L. Jiménez Quiñones*
*JOSE L. JIMENEZ QUINONES*
*USDC-PR 203808*
*260 AVE PONCE DE LEON*
*SUITE 1118*
*SAN JUAN, PR 00918-2008*
*TEL. (787) 282-9009*
*FAX 1 (866) 326-9416*
*jljimenez11@gmail.com*