United States Bankruptcy Court
District of Puerto Rico

IN RE:                              Case No. **10-01579 (ESL)**

**CASTRO NIEVES, GILBERTO & MUNOZ VINUEZA, LILIA MARIA**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **7/20/2010**               ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION       Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **500.00** x **24** = $ **12,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,000.00**

Additional Payments:
$ **200,000.00** to be paid as a LUMP SUM within **24 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**OF URB. SAN FRANCISCO, 145 TULIPAN, SAN JUAN PR WITHIN 24 MONTHS FROM FILING.**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **212,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,000.00**

Signed: **/s/ GILBERTO CASTRO NIEVES**
        Debtor

        **/s/ LILIA MARIA MUNOZ VINUEZA**
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtors VOLUNATARILY LIFT THE STAY in favor of Lien Holders:
**BPPR (#17)**      **BPPR (POC #18)**
5. ☐ Other:
6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

---

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**       Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE CASTRO NIEVES, GILBERTO & MUNOZ VINUEZA, LILIA MARIA      Case No. 10-01579 (ESL)
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

1. US BANK NATIONAL ASSOC., 1ST MORTGAGE LOAN OVER RESIDENTIAL PROPERTY, SERVICED BY BANCO POPULAR DE PR (POC #14) AND BANCO POPULAR, HOLDING A LINE OF CREDIT GUARANTEED WITH A 2ND MORTGAGE (POC #4), WILL BE PAID DIRECTLY TO CREDITORS BY DEBTORS UPON THE SALE OF THE URB. SAN FRANCISCO PROPERTY, AS WILL ALSO BE PAID SECURED CREDITORS CRIM FOR THE PROPERTY TAXES IN CONNECTION WITH THIS PROPERTY (POC #8), AND PLAZA LAS AMERICAS, INC. (POC #12) ON A RECORDED JUDGMENT LIEN.

2. DEBTOR'S WILL MAINTAIN REGULAR POST PETITION PAYMENTS TO UNDARE, INC. (POC #10) --RESIDENTIAL MAINTENANCE FEE-- STARTING IN APRIL 2010. THE PREPETITRION ARREARS, AND ONE POST PETITION ARREAR (MARCH 2010) WILL BE PAID THROUGH THE PLAN FROM THE PROCEEDS OF THE SALE OF THE URB. SAN FRANCISCO PROPERTY.

3. DEBTORS LIFT THE STAY IN FAVOR OF US BANK NATIONAL (POC #14) AND BANCO POPULAR PR (POC #4) (1ST & 2ND MORTGAGES), CRIM (POC #8), AND PLAZA LAS AMERICAS, INC. (POC #12) AS TO THE URB. SAN FRANCISCO PROPERTY UP TO THE POINT OF SALE.

4. DEBTORS WILL ACTIVELY PURSUE THE SALE OF THE URB. SAN FRANCISCO PROPERTY BEFORE ITS SECURED CREDITORS DO.

5. SHALL DEBTORS SELL THE URB. SAN FRANCISCO PROPERTY THEY WILL DEVOTE ALL THE NET PROCEEDS TO PAY UNSECURED CREDITORS THROUGH THE PLAN AT THE RATE OF 100% + 6% PRESENT VALUE, UP TO THE AMOUNT WHICH DOES NOT AFFECT THEIR HOMESTEAD EXEMPTIONS.

6. THE STAY IS HEREBY LIFTED BY DEBTORS IN FAVOR OF R&G MORTGAGE (POC #2) IN CONNECTION WITH THE PROPERTY IN THE EXT. ROOSEVELT DEVELOPMENT IN HATO REY, PR. THIS PROPERTY HAS BEEN PAID AND WILL CONTINUE TO BE PAID BY DEBTORS' SON ALEJANDRO CASTRO VINUEZA. THERE ARE NO ARREARS WITH THIS MORTGAGE LOAN.

7. THE STAY IS HEREBY LIFTED IN FAVOR OF POPULAR AUTO IN CONNECTION WITH THE 2002 TOYOTA CAMRY VEHICLE (POC #5) PAID BY DEBTOR'S DAUGHTER CRISTINA CASTRO VINUEZA.

8. ANY INCOME TAX REIMBURSEMENTS DURING THE LIFE OF THE PLAN WILL BE DEVOTED TO FUNDING THE PLAN, IN ADDITION TO THE TOTAL BASE, WITHOUT THE NEED TO FURTHER MODIFY THE PLAN. SHALL DEBTORS NEED TO USE SUCH MONIES, THEY SHALL REQUEST THE PRIOR AUTHORIZATION OF THE COURT.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| GILBERTO CASTRO NIEVES<br>LILIA MARIA MUNOZ VINUEZA | CASE NO. 10-01579 (ESL)<br>CHAPTER 13 |
| DEBTOR(S) | |

### NOTICE OF FILING THE PRE-CONFIRMATION
### AMENDED CHAPTER 13 PLAN DATED JULY 20, 2010

**TO THE HONORABLE COURT:**

**COME(S) NOW** Debtor(s), represented by the undersigned attorney and respectfully represent(s) and as follows:

The "**Pre-Confirmation Amended Chapter 13 Plan Dated July 20, 2010**" is being filed herewith. **It provides treatment for creditors UNDARE and Plaza Las Americas, Inc., whom had objected the previous plan for lack of treatment. Also, it provides for the payment of 100% + 6% present value of allowed unsecured claims as of the bar date for filing non-governmental claims.**

**WHEREFORE**, the undersigned Counsel for the herein Debtor(s) respectfully informs this Honorable Court, all creditors and parties in interest, of the filing of the aforementioned plan.

### Twenty-Eight-Day Notice To Parties In Interest

Within **twenty eight (28) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to the foregoing **Pre-confirmation Amended Chapter 13 Plan** with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. *Fed. R. Bankr. P. 2002 (b) and LBR 9013-1.*

Case No. **10-01579 (ESL)**
Page 2

-------------------------------

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all parties in interest, including but not limited to: Alejandro Oliveras Rivera, Chapter 13 Trustee, PO Box 9024062, San Juan, PR 00902-4062; and Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906. Furthermore, I hereby certify that all non CM/ECF participants will be served with an exact copy of this document by regular U.S. mail, postage prepaid, sent to their addresses of record as these appear in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, July 20, 2010.

**s/JOSE L. JIMENEZ QUINONES**
JOSE L. JIMENEZ QUINONES
USDC-PR 203808
THE HATO REY CENTER, STE. 1118
268 AVE. PONCE DE LEON
SAN JUAN, PR 00918
TEL.(787) 282-9009
Mobile (787) 691-3458
FAX 1-866-326-9416
jljimenez11@gmail.com

Label Matrix for local noticing
0104-3
Case 10-01579-ESL13
District of Puerto Rico
Old San Juan
Tue Jul 20 21:08:55 AST 2010

BANCO POPULAR PR
CARLOS G BATISTA JIMENEZ ESQ
PO BOX 331429
PONCE, PR 00733-1429

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ BLDG
505 MUNOZ RIVERA AVENUE
12 FLOOR
SAN JUAN, PR 00918

UNDARE INC
EDUARDO J MAYORAL GARCIA ESQ
PMB 157 PO BOX 194000
SAN JUAN, PR 00919-4000

AMERICAN EXPRESS
BANCO POPULAR
PO BOX 70100
SAN JUAN, PR 00936-8100

AXESA
PO BOX 191225
SAN JUAN, PR 00919-1225

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886-5726

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANCO SANTANDER PUERTO RICO
PO BOX 362589
SAN JUAN, PR 00936-2589

PLAZA LAS AMERICAS, INC.
PO BOX 363268
SAN JUAN
, PR 00936-3268

R&G MORTGAGE CORP
CARDONA JIMENEZ LAW OFFICES PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

AMERICAN EXPRESS CORPORATE
PO BOX 1270
NEWARK, NJ 07101-1270

BANCO BILBAO VIZCAYA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BANCO POPULAR DE PUERTO RICO
c/o WALLACE VAZQUEZ SANABRIA
17 MEXICO STREET, SUITE D-1
SAN JUAN, PR 00917-2202

CARLA M NEVAREZ PERES
PO BOX 192938
SAN JUAN, PR 00919-3409

BANCO POPULAR DE PR (VTQ)
MARTINEZ & TORRES LAW OFFICES P.S.C.
PO BOX 192938
SAN JUAN, PR 00919-3409

COOP MANUEL ZENO GANDIA
BUFETE CAMPOS & OLIVERAS
EDIF COOP MANUEL ZENO GANDIA
353 AVE DOMENECH SUITE 302
SAN JUAN, PR 00918-3753

POPULAR AUTO
EDGAR A VEGA RIVERA
PO BOX 366818
SAN JUAN, PR 00936-6818

RECOVERY MANAGEMENT SYSTEMS CORP
RAMESH SINGH
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AXESA
DEPTO. DE COBROS
PO BOX 70373
SAN JUAN, PR 00936-8373

BANCO POPULAR DE PR
MARTINEZ & TORRES LAW OFFICES, P.S.C.
PO BOX 192938
SAN JUAN, PR 00919-3409

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICING DIVSION
PO BOX 71375
SAN JUAN, PR 00936-8475

BANCO SANTANDER DE PUERTO RICO
PO BOX 362589
SAN JUAN, PR 00936-2589

CITI
PO BOX 653084
DALLAS, TX 75265-3084

CITI CARDS-PR
PO BOX 94360
ALBURQUEQUE, NM 87199-4360

CITIBANK SD / SEARS
8725 W SAHARA AVE MC02-02-03
THE LAKES, NV 89163-0002

COOP A/C DR. MANUEL ZENO GANDIA
P.O BOX 1865
ARECIBO, PR 00613-1865

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

CRIM
LEGAL COUNSEL OFFICE
PO BOX 195387
SAN JUAN, PR 00919-5387

CRIM
PROPIEDAD INMUEBLE
MUNICIPIO DE SAN JUAN
SAN JUAN, PR 00927-6206

DACO
BOX 41059, MINILLAS STATION
SAN JUAN, PR 00940-1059

Department of Treasury
Bankruptcy Section (424-B)
PO Box 9024140
San Juan, PR 00902-4140

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

HOSPITAL AUXILIO MUTUO
PO BOX 191227
SAN JUAN, PR 00919-1227

JORGE EDUARDO MARTINEZ LANDRON
PO BOX 192398
SAN JUAN, PR 00919-2398

JOSE SANTIAGO INC
LCDO VICTOR M RIVERA TORRES
AVE FERNANDEZ JUNCOS 1502
ALTOS SANTURCE PR 00909-2746

JOSE SANTIAGO, INC
PO BOX 191795
SAN JUAN, PR 00919-1795

LCDA MARICELLE HERNANDEZ GUERRERO
1502 (ALTOS) AVE FDEZ JUNCOS, PDA 22
SANTURCE, SAN JUAN, PR 00909

LCDA. IVETTE ACOSTA
BOX 41059, MINILLAS STATION
SAN JUAN, PR 00940-1059

LCDA. MARIA M. DEL VALLE ARMSTRONG
PARRA, DEL VALLE & LIMERES
PO BOX 331429
PONCE, PR 00733-1429

LCDO ANGEL L ALICEA MONTANEZ
BUFETE MONTANEZ & ALICEA
500 MUNOZ RIVERA, EL CENTRO I, STE 211
HATO REY, SAN JUAN, PR 00918-3399

LCDO JOSE L CORREA CINTRON
BOX 23314 UPR STATION
SAN JUAN, PR 00931-3314

LCDO JUAN H SOTO SOLA
BUFETE JUAN H SOTO SOLA
420 AVE PONCE DE LEON
SAN JUAN, PR 00918-3416

PLAZA LAS AMERICAS, INC.
C/O LCDO. RAMON SIACA POUPART
PO BOX 9020179
SAN JUAN, PR 00902-0179

POPULAR AUTO
PO BOX 15011
SAN JUAN, PR 00902-8511

POPULAR AUTO (POPULAR LEASING)
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

R&G MORTGAGE CORPORATION
CARDONA-JIMENEZ LAW OFFICE, PSC
P.O. BOX 9023593
SAN JUAN, PR 00902-3593

RAMON SIACA POUPART
PO BOX 9020179
SAN JUAN, PR 00902-0179

RG MORTGAGE CORPORATION
PO BOX 362394
SAN JUAN, PR 00936-2394

SEARS CARD
CITIBANK (SOUTH DAKOTA)
PO BOX 140310
TOLEDO, OH 43614-0310

SECURITY CREDIT SERVICE
261 JACKSON AVE WEST
OXFORD, MS 38655

TRANSWORLD SYSTEMS
PO BOX 12103
TRENTON, NJ 08650-2103

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
P.O. BOX 9024140
SAN JUAN, PR 00902-4140

UNDARE INC.
105 CALLE LILAS, URB. SAN FRANCISCO
SAN JUAN, PR 00927-6347

GILBERTO CASTRO NIEVES
PO BOX 79724
CAROLINA, PR 00984-9724

JOSE L JIMENEZ QUINONES
JIMENEZ QUINONES LAW OFFICE, PSC
268 AVE. PONCE DE LEON
SUITE 1118
SAN JUAN, PR 00918-2007

LILIA MARIA MUNOZ VINUEZA
PO BOX 79724
CAROLINA, PR 00984-9724

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) PLAZA LAS AMERICAS, INC.
PO BOX 363268
SAN JUAN, PR 00936-3268

End of Label Matrix
Mailable recipients   63
Bypassed recipients    1
Total                 64